United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00170-KMS
Nathanael Allen Maple  Chapter 13
Sylvia Plata Maple
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 2
Date Rcvd: May 14, 2025  Form ID: n031  Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nathanael Allen Maple, Sylvia Plata Maple, 5987 Fisher Rd., Meridian, MS 39301-9394 |
| 5465353 | + | Ergs Timeshare Llc, 6011 Connection Dr, Irving, TX 75039-2607 |
| 5473927 | + | Kimberly D. Putnam, Esq., Dean Morris, LLC, Atty for PennyMac Loan Service, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5485980 | + | Email/Text: bankruptcy@hgv.com | May 14 2025 19:25:00 | ERGS Timeshare, LLC, 6355 Metrowest Blvd, Ste 180, Orlando FL 32835-7606 |
| 5465355 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 14 2025 19:26:00 | Navy Federal CU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5476810 | ^ | MEBN | May 14 2025 19:23:19 | Navy Federal Credit Union, P.O. BOX 23800, MERRIFIELD, VA 22119-2380 |
| 5476771 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 14 2025 19:26:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5477443 | ^ | MEBN | May 14 2025 19:23:18 | Navy Federal Credit Union, P.O. BOX 23800, Merrifield, Virginia 22119-3800 |
| 5465358 | + | Email/PDF: ebnotices@pnmac.com | May 14 2025 19:30:02 | PennyMac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5480132 | + | Email/PDF: ebnotices@pnmac.com | May 14 2025 19:30:02 | PennyMac Loan Services, LLC, PO BOX 2410, Moorpark, CA 93020-2410 |
| 5465359 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2025 19:30:01 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5465360 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2025 19:29:55 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Navy Federal Credit Union |
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5465357 | *+ | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 12 |

| 5465356 | *+ | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5489390 | *+ | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5478307 | * | Navy Federal Credit Union., P.O.Box 23800, Merrifield, Virginia 22119-3800 |
| 5465354 | ##+ | Leisure Time Resorts, Attn: Bankruptcy, Po Box 26, Gautier, MS 39553-0026 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Michael J McCormick | on behalf of Creditor Navy Federal Credit Union Michael.McCormick@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Sylvia Plata Maple trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nathanael Allen Maple trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00170−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Nathanael Allen Maple<br>5987 Fisher Rd.<br>Meridian, MS 39301 | Sylvia Plata Maple<br>5987 Fisher Rd.<br>Meridian, MS 39301 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on May 14, 2025 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 14, 2025                    Danny L. Miller, Clerk of Court