

# The Rollins Law Firm, PLLC

## INVOICE

Invoice # 7966
Date: 06/02/2025
Due On: 07/02/2025

P.O. Box 13767
Jackson, MS 39236
United States

Nathanael Allen Maple and Sylvia Plata Maple

### 05628-Maple Nathanael Allen Maple and Sylvia Plata

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 02/12/2025 | Reviewed time entries; reviewed previous Certificate of Services and matrix to estimate mailing expense for the First Application for Compensation | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for Attorney and Expense fees; drafted 1st Application for Compensation, the 21 day Notice and the Proposed Order | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Drafted email memo to SA with the affidavit to sign for the Application | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Drafted email memo to TR with the 2nd Application for Compensation, the Proposed Order and the Exhibit A for review | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/12/2025 | Reviewed e-mail from debtor inquiring about lawsuit for timeshare maintenance fees after BK is complete; drafted e-mail memo to TR inquiring about same. | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/12/2025 | Reviewed email memo from SA with the signed affidavit; merged affidavit with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/13/2025 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |

Invoice # 7966 - 06/02/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/13/2025 | Reviewed email memo from TR re: Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/13/2025 | Prepared the Application for Compensation, the Exhibits A and C for upload to Certificate of Service | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/13/2025 | Reviewed Declaration of Mailing from Certificate of Service; prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, Cost of Mailing, and Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KAR | 02/13/2025 | Contact Debtor (Text/Email): Drafted email to debtor informing him that TR stated that he should ignore the threats he has received from the timeshare company | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/14/2025 | Call Debtor: Phone conference with debtor to follow up on their wage order; Debtor confirmed receipt of the emailed order for his records but advised it was deducting yet. | 0.10 | $0.00 | $0.00 |
| Service | BB | 02/21/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/24/2025 | Review: Proof of Claim 25-00170-KMS Navy Federal Credit Union Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/24/2025 | Review: Proof of Claim 25-00170-KMS Navy Federal Credit Union Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/24/2025 | Review: Proof of Claim 25-00170-KMS Navy Federal Credit Union Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/24/2025 | Ch 13 Meeting of Creditors David Rawlings | 0.40 | $360.00 | $144.00 |
| Service | JC | 02/25/2025 | Reviewed Navy FCU POC #2 and #3; drafted e-mails to bankruptcyspecialist@navyfederal.org for #2 and jessica_arestad@navyfederal.org for #3 requesting each amend the POC to include a copy of the physical title. | 0.30 | $155.00 | $46.50 |

Invoice # 7966 - 06/02/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 02/25/2025 | Reviewed e-mail from J. Arestad with NFCU regarding POC #3 informing the electronic title is attached to the POC; drafted reply informing the trustee requires a copy of the physical title. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/25/2025 | Reviewed e-mail from J. Arestad with NFCU informing the physical title for POC #3 has been requested, and it will take about 4 weeks to come in and amend the POC; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/28/2025 | Review: Proof of Claim 25-00170-KMS Navy Federal Credit Union Document # 4 | 0.20 | $0.00 | $0.00 |
| Service | JAC | 02/28/2025 | Review: Proof of Claim 25-00170-KMS Navy Federal Credit Union Document # 5 | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/28/2025 | Reviewed docket - Navy Federal POC #2 not amended; drafted follow-up e-mail bankruptcy specialist regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/28/2025 | Reviewed e-mail from NFCU regarding POC #2 and informing they not in possession of a title but a promissory note was attached for security interest purposes and they will amend the claim to unsecured. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/04/2025 | Reviewed NFCU POC #2 - not yet amended. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/05/2025 | Review: Proof of Claim 25-00170-KMS PennyMac Loan Services, LLC Document # 6 | 0.20 | $0.00 | $0.00 |
| Service | JC | 03/11/2025 | Reviewed NFCU POC #2 - not yet amended; drafted follow-up e-mail to K. Faulkner regarding amending to unsecured claim. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/11/2025 | Review: 25-00170-KMS Notice of Mortgage Payment Change Document# 21 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/11/2025 | Review: 25-00170-KMS Objection to Confirmation of the Plan Document# 20 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/11/2025 | Review: 25-00170-KMS Order on Application for Compensation Document# 22 | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 03/12/2025 | Email w/ Michael McCormick re: Navy Fed claims and TT obj | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/13/2025 | Amend Plan - correct treatment to Navy Fed | 0.20 | $0.00 | $0.00 |
| Service | JC | 03/14/2025 | Reviewed NFCU POC #2 - not yet amended; drafted another follow-up e-mail to K. Faulkner regarding the status amending to unsecured claim. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/14/2025 | Reviewed e-mail from K. Faulkner informing the POC should be updated today, and that she will e-mail once it is done. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/14/2025 | Contact Debtor (Text/Email): Prepared Amended Plan for debtors' signatures; drafted e-mail via Clio e-sign to obtain debtors' signatures on same; drafted text message to debtors to inform an e-mail was sent. . | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/19/2025 | Reviewed e-mail from K. Faulkner informing she was notified that POC #2 was amended; reviewed POC #2 to verify that it has been amended to be an unsecured claim. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/19/2025 | Review: 25-00170-KMS Order Setting, Resetting, or Continuing a Hearing Document# 25 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/21/2025 | Review: Proof of Claim 25-00170-KMS ERGS Timeshare, LLC Document # 7 | 0.20 | $0.00 | $0.00 |
| Service | JAC | 03/24/2025 | Update treatment to Navy Fed claim for POC 2 - claim is unsecured, creditor doesnt have title to vehicle. Calculate plan payment. Prepare final amended plan for ∆ s to review & sign | 0.30 | $0.00 | $0.00 |
| Service | JC | 03/25/2025 | Contact Debtor (Text/Email): Drafted e-mail via Clio e-sign to obtain debtors' signatures on Amended Plan. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/25/2025 | Reviewed docket to verify that NFCU POC #3 has been amended attaching the Certificate of Title. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/26/2025 | Reviewed text message from debtors inquiring about mileage and APR; called husband, explained that mileage will not changed when plan is amended and that APR is the rate for | 0.30 | $155.00 | $46.50 |

Invoice # 7966 - 06/02/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the District per the asterisk; informed he that we need them to sign the amended plan that was sent yesterday instead of the one that was sent on March 14; explained that POC2 is unsecured instead of secured; he said they will sign once he gets home today; he inquired about a notice to go to court he received; reviewed Notice regarding confirmation hearing, explained that TR will attend on their behalf to this and future hearings unless we contact them to attend. | | | |
| Service | VM | 03/26/2025 | Call Debtor: Attempted to call debtor in regards to trustee's message, no response. Drafted email to for them to call me as phone sounds out of service. | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/27/2025 | Reviewed Amended Plan executed by debtor; revised through Best Case adding debtor's e-signature and date executed; reviewed POC; drafted Notice of modified plan; drafted memo to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 03/27/2025 | review & revise notice prepared by JC | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/28/2025 | Reviewed memo from JAC regarding Notice of Modified Plan; revised Notice; converted Notice and Amended Plan to pdf and merged as one document; prepared same for upload to CertificateofService.com adding names and addresses for additional notice parties. | 0.20 | $0.00 | $0.00 |
| Service | JC | 03/28/2025 | Prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | VM | 03/28/2025 | Call Debtor: Attempted to call debtor in regards to letter he sent, no response. Attempted to call debtor's sister, no response. Drafted email to debtor for review. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/01/2025 | Review: 25-00170-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | VM | 04/02/2025 | Contact Debtor (Text/Email): Drafted email to debtor with amended wage order and drafted text message. | 0.10 | $100.00 | $10.00 |

Invoice # 7966 - 06/02/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 04/03/2025 | Review: 25-00170-KMS Order on Objection to Confirmation Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $0.00 | $0.00 |
| Service | TR | 05/09/2025 | Review and sign confirmation order by email | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/15/2025 | Review: 25-00170-KMS Order Confirming Chapter 13 Plan Document# 33 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/26/2025 | Review: 25-00170-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 36 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/29/2025 | Review: 25-00170-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/02/2025 | Review: 25-00170-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/02/2025 | Reviewed court docket for previous order; reviewed the Trustee's website for the amount of attorney fees paid to date; drafted 1st part of the 2nd Application for Compensation | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$957.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/13/2025 | Difference in Mailing Expense- 1st Application for Compensation (certificateofservice.com) | 1.00 | $29.38 | $29.38 |
| Expense | 03/28/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 06/02/2025 | Estimated Cost of Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$37.07** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|

Invoice # 7966 - 06/02/2025

| | | | | |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.1 | $360.00 | $396.00 |
| Jennifer Curry Calvillo | Attorney | 2.4 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 2.3 | $155.00 | $356.50 |
| Jacki Curry | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Kerri Rodabough | Non-Attorney | 1.1 | $0.00 | $0.00 |
| | | | **Subtotal** | **$994.07** |
| | | | **Total** | **$994.07** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7559 | 03/14/2025 | $2,162.74 | $0.00 | $2,162.74 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7966 | 07/02/2025 | $994.07 | $0.00 | $994.07 |
| | | | **Outstanding Balance** | **$3,156.81** |
| | | | **Total Amount Outstanding** | **$3,156.81** |

6/2/25, 2:22 PM                                                                          Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**    How many PAGES are in the document(s) you intend to upload?  `6`  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**    How many parties will be receiving your documents?  `1`  parties
This is another way of asking how many envelopes will we have to stuff?

**3**    We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**    We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

```
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  3  |
|---|---|
| Date and Time: | Mon Jun 02 2025 14:22:06 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 6 |
| Sheets Per Envelope | 3 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                               1.1400000000000001 |
| Postage Cost: | $                                               0.73 |
| Total Cost: | $                                               **3.50 (Minimum Charge)** |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED