| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | Nathanael Allen Maple |
| Debtor 2 (Spouse, if filing) | Sylvia Plata Maple |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI | |
| Case Number | 25-00170-KMS |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to Identify the debtor's account: 0008

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

---

**Part 1:**     Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late Charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 02/28/2025 | (5) | $ 275.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify ___ | | (10) | $ |
| 11. Other. Specify: Plan Review | 02/12/2025 | (11) | $ 75.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Nathanael Allen Maple
        First Name                          Middle Name     Last Name

Case number *(if known)* 25-00170-KMS

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*X* /s/  Kimberly D. Putnam
   Signature

Date 06/24/2025

Print            Kimberly D. Putnam (MSB# 102418)
                      First Name  Middle Name  Last Name

Title Attorney

Company     Dean Morris, LLC

Address      1820 Avenue of America

                 Monroe, LA 71201

Contact phone   (318) 330-9020

Email miss.bk@ms.creditorlawyers.com

## <u>CERTIFICATE OF SERVICE</u>

I, Kimberly D. Putnam, hereby certify that I have notified all interested parties of the Notice of Post Petition Mortgage Fees, Expenses and Charges filed by PennyMac Loan Services, LLC as reflected on the foregoing notice,

Nathanael Allen Maple
Sylvia Plata Maple
5987 Fisher Rd.
Meridian, MS 39301

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com

David Rawlings
Trustee
ecfnotices@rawlings13.net

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

by electronic transmission or mailing this notice and a copy of the Notice of Post Petition Mortgage Fees, Expenses and Charges filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this <u>24th day of June</u>, **2025.**

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana   71201
(318) 330-9020

<u>/s/ Kimberly D. Putnam</u>
Kimberly D. Putnam (MSB# 102418)
Attorney for Creditor
kim.mackey@ms.creditorlawyers.com

# *Dean Morris, LLC*
## *Mississippi Division*

*1505 North 19th Street, Monroe, LA   71201*

*Phone: 318-330-9020     Fax: 318-340-7600*

03/03/2025

PennyMac Loan Services PennyMac Loan Services
PennyMac Loan Services
6101 Condor Drive Moorpark
Suite 300
Moorpark, CA 93021

# I N V O I C E

Matter ID:                                                                    Matter Producer: EKC
     5995 Fisher Rd
Client ID:  PennyMac                                                   Client Producer: EKC

Invoice #:
Federal ID

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 02/28/2025 | Bankruptcy - Proof of Claim - RECOVERABLE | $275.00 |
| 02/28/2025 | Bankruptcy - Proof of Claim - NON RECOVERABLE | |
| 02/28/2025 | Bankruptcy - Proof of Claim - B410A - NON RECOVERABLE | |

### *INVOICE SUMMARY*

For  Professional Services:        *0.00*  Hours
**Total Due:**

All fees and expenses/disbursements are consistent with company guidelines

# *Dean Morris, LLC*
## *Mississippi Division*

*1505 North 19th Street,  Monroe,  LA    71201*

*Phone:  318-330-9020    Fax:  318-340-7600*

02/13/2025

PennyMac Loan Services PennyMac Loan Services
PennyMac Loan Services
6101 Condor Drive Moorpark
Suite 300
Moorpark, CA 93021

# I N V O I C E

| | |
|---|---|
| Matter ID: | Matter Producer: EKC |
| 5995 Fisher Rd | |
| Client ID:  PennyMac | Client Producer: EKC |
| | Invoice #: |
| | Federal ID |

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/12/2025 | Bankruptcy - Plan Review - RECOVERABLE | $75.00 |
| 02/12/2025 | Bankruptcy - Plan Review - NON RECOVERABLE | |

### *INVOICE SUMMARY*

For  Professional Services:      *0.00*  Hours
**Total Due:**

All fees and expenses/disbursements are consistent with company guidelines

*Page 1*