**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Nathanael Allen Maple                                  Case No. 25-00170-KMS
Sylvia Plata Maple, Debtors                                  CHAPTER 13

<u>**THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION AND**</u>
<u>**REIMBURSEMENT OF NECESSARY EXPENSES**</u>
<u>**FOR THOMAS C. ROLLINS, JR.**</u>

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the debtors, and files this *Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On January 22, 2025, Debtors filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtors and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award.  Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour.  Paralegals are billed at a rate of $155.00 per hour.  Legal Assistants bill at $100.00 per hour.  Said rates are reasonable and in keeping with community custom and standards for attorneys in this area.  T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Debtors herein did not provide a retainer.

4. Throughout our representation of the Debtors herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided.  The services provided by the firm were reasonable in view of the circumstances of this case.

5.  The Court previously approved compensation in the amount of $2,162.74 (Dk #22) and $994.07 (Dk #44).

6.  The chapter 13 Trustee has disbursed $3,156.81 on this claim as of May 8, 2026.

7.  The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $669.00 and expenses in the amount of $2.17 for a total of $671.17. A detailed accounting of which is attached hereto as Exhibit "A".

8.  This is the Applicants' Third request for allowance of compensation for professional services rendered in this proceeding.  This request covers the period from June 2, 2025, to May 8, 2026.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtors to pay said attorneys' fees and expenses.  Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533


CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.