

# INVOICE

Invoice # 9037
Date: 05/08/2026
Due On: 06/07/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Nathanael Allen Maple and Sylvia Plata Maple

## 05628-Maple Nathanael Allen Maple and Sylvia Plata

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 06/02/2025 | Draft Fee Application and Proposed Order: Drafted 2nd invoice; drafted 2nd part of the 2nd Application for Compensation and the Proposed Order; drafted internal message to TR re: review 2nd Application | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/02/2025 | Drafted email memo to SA with the affidavit to notarize and sign for the 2nd Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 06/02/2025 | Review 2nd Application | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/03/2025 | Review: 25-00170-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/03/2025 | Review: 25-00170-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 41 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/03/2025 | Review email from Attorney: Reviewed internal message from TR re: Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/03/2025 | Reviewed email memo from SA with the affidavit; merged affidavit with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/04/2025 | Prepared the Application for Compensation, Exhibits A and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |

Invoice # 9037 - 05/08/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/04/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, Exhibit A, C, the Cost of Mailing and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/04/2025 | Reviewed and revised all ecf filings with correct docket event; merged all ecf filings into ecf folder | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/04/2025 | Review: 25-00170-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/05/2025 | Review: 25-00170-KMS Order on Application for Compensation Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/25/2025 | Review: 25-00170-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/27/2025 | Review: 25-00170-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 48 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/01/2025 | Review: 25-00170-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/29/2025 | Incoming Call: Telephone call from husband informing they have two timeshares that they surrendered but they continue to contact them by phone and mail; drafted text message to husband providing my e-mail address for him to send the bills. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/29/2025 | Review and respond to email memo: Reviewed ERGS Timeshare bill received via e-mail from debtor; reviewed matrix - ERGS is listed; drafted reply to debtor regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/02/2025 | Reviewed ERGS/GreenSpoon bill; drafted letter to both; reviewed Notice of Filing; drafted e-mail memo with letter and Notice attached to VM to obtain TR's approval and signature to prepare for mailing to creditor. | 0.30 | $155.00 | $46.50 |
| Service | TR | 10/06/2025 | Reviewed and signed Auto stay Letter | 0.10 | $360.00 | $36.00 |

| Type | | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| | | | to Ergs Timeshare & GreenspoonMarder | | | |
| Service | JC | 10/07/2025 | Contact Debtor (Text/Email): Drafted e-mail to debtors attached copy of letter mailed to creditors regarding timeshare debt. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/14/2025 | Reviewed ERGS Timeshare, LLC letter informing they are only foreclosing on the real property and not seeking any payment received via e-mail from CO; the letter informed they will send the foreclosure information to us in the future unless notice otherwise; drafted replay to CO requesting she contact the creditor and inform they can send foreclosure notices to the clients. | 0.10 | $155.00 | $15.50 |
| Service | CO | 11/26/2025 | Contact Debtor (Text/Email): Drafted email to debtor with a correspondence from creditor about the foreclosure process. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 12/19/2025 | Review: 25-00170-KMS Notice of Mortgage Payment Change Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/30/2025 | Reviewed confirmed plan, POC, and NDC regarding ERGS claim; drafted e-mail to TR attaching same for his review and explained that creditor needs proof that the maintenance fees are included in the BK. | 0.30 | $155.00 | $46.50 |
| Service | CO | 01/02/2026 | Reviewed email memo from attorney stating the timeshare was included in the bankruptcy and surrendered. He stated no maintenance fees will be paid unless the creditor files a deficiency claim. Drafted email to debtors stating the same. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/05/2026 | Review: 25-00170-KMS Notice of Mortgage Payment Change Document# 52 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/05/2026 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| | | | **Services Subtotal** | | | **$669.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|

Invoice # 9037 - 05/08/2026

| | | | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/04/2025 | Difference of cost of Mailing Expense for the 2nd Application for Compensation (certificateofservice.com) | 1.00 | $0.69 | $0.69 |
| Expense | 10/06/2025 | Postage: Mailed Auto stay Letter to Ergs Timeshare & GreenspoonMarder | 2.00 | $0.74 | $1.48 |
| | | | | **Expenses Subtotal** | **$2.17** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.9 | $360.00 | $324.00 |
| Thomas Rollins | | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | | Attorney | 0.1 | $0.00 | $0.00 |
| Jacki Curry | | Non-Attorney | 1.0 | $155.00 | $155.00 |
| Clara Ortega | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | | Non-Attorney | 0.4 | $155.00 | $62.00 |
| Kerri Rodabough | | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$671.17** |
| | | | | **Total** | **$671.17** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7559 | 03/14/2025 | $2,162.74 | $0.00 | $2,162.74 |
| 7966 | 07/02/2025 | $994.07 | $0.00 | $994.07 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9037 | 06/07/2026 | $671.17 | $0.00 | $671.17 |
| | | | **Outstanding Balance** | **$3,827.98** |
| | | | **Total Amount Outstanding** | **$3,827.98** |

Invoice # 9037 - 05/08/2026