## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Nathanael Allen Maple                Case No. 25-00170-KMS
         Sylvia Plata Maple, Debtors                    CHAPTER 13

### AFFIDAVIT

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1.  I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys representing the debtors in the Chapter 13 case referenced in the attached Application.

2.  I have personal knowledge of the matters stated herein and am competent to testify to them.

3.  Attached to the Application as Exhibits "A" and/or "B" is a detailed statement of fees and expenses incurred in connection with my representation of the debtors in this matter.

4.  I hereby swear and affirm that the statements, fees, and expenses listed in Exhibits "A" and/or "B" are true, accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on behalf of the debtors.

5.  The fees and expenses detailed in Exhibits "A" and/or "B" are in accordance with customary rates for similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
**Thomas C. Rollins, Jr.**


SUBSCRIBED AND SWORN TO BEFORE ME, this 11th day of May, 2026, by

Thomas C. Rollins, Jr.

**Notary Public**

**My Commission Expires** _____

Exhibit "C"